Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK KUMAR | No. 2:10-cv-00883-MCE-GGH |
| Plaintiff, | JOINT STIPULATION TO EXTEND FILING DEADLINES; ORDER |
| v. | |
| CHRISTINA POULOS, et al., | DHS Alien Number: 095-453-336 |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to extend the filing deadline for Defendants' answer and the joint status report currently set for June 15, 2010. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court grant the parties an additional thirty (30) days to file the answer and joint status report and set the new due date for July 15, 2010.

Dated: June 15, 2010             Respectfully submitted,

 /s/ Robert B. Jobe
_____
Robert B. Jobe
Attorney for Plaintiff

Joint Stipulation to Extend Filing Deadlines

| | | |
|---|---|---|
| 1 | Dated:  June 15, 2010 | /s/ Audrey Benison Hemesath |
| 2 | | Audrey Benison Hemesath<br>United States Attorney's Office |
| 3 | | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | | (916) 554-2729<br>(916) 554-2886 fax |
| 5 | | Attorney for Defendants. |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE