Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOK KUMAR,<br><br>  Plaintiff,<br><br>v.<br><br><br>CHRISTINA POULOS, ET. AL.,<br><br>  Defendants. | No. 2:10-cv-00883-MCE-GGH<br><br>JOINT STIPULATION TO DISMISS; ORDER<br><br><br><br>DHS Alien Number: 095-453-336 |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services (USCIS) approved Plaintiff's employment authorization application on June 17, 2010.

//

//

//

//

//

Joint Stipulation to Dismiss

| | | |
|---|---|---|
| 1 | Dated: June 21, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Robert B. Jobe |
| 4 | | Robert B. Jobe |

Dated: June 21, 2010

/s/ Robert B. Jobe

———————————————
Robert B. Jobe
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308 fax

Attorney for Plaintiff

Dated: June 21, 2010

/s/ Audrey Benison Hemesath

———————————————
Audrey Benison Hemesath
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2729
(916) 554-2886 fax

Attorney for Defendants.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Clerk of Court is hereby directed to close the file.

Dated: June 23, 2010

———————————————
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Joint Stipulation to Dismiss                         2